UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00152

**Kevin James Kohute,**
*Plaintiff,*

v.

**U.S. Secret Service Office,**
*Defendant.*

# ORDER

Plaintiff Kevin James Kohute filed this action against the U.S. Secret Service, complaining that he had difficulty finding job application forms. Doc. 1. The case was transferred from the Beaumont Division to the Tyler Division and referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On December 9, 2024, the magistrate judge issued a report recommending that the complaint be dismissed without prejudice for failure to prosecute due to plaintiff's failure to provide a correct address. Doc. 7. The report was returned "undeliverable" at the address on file for plaintiff. Doc. 8. Plaintiff has not filed written objections or provided a current address.

The Local Rules state that a pro se litigant "must provide the court with a physical address . . . and is responsible for keeping the clerk advised in writing of his or her current physical address." Local Rule CV-11(d); *see also Anderson v. Munger*, No. 5:17-cv-00175, 2019 WL 2929056, at *1 (E.D. Tex. July 8, 2019) ("The Court has no duty to locate litigants . . . .").

When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and

- 2 -

recommendation. The court dismisses this action without prejudice. Any pending motions are denied as moot.

*So ordered by the court on February 5, 2025.*

J. CAMPBELL BARKER
United States District Judge